UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO JUSTO RAMOS CARRILLO,<br><br>Plaintiff,<br><br>v.<br><br>THORNTON-DENVER POLICE DEPARTMENT, et al.,<br><br>Defendant. | No. 2:25-cv-1900-CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a prisoner or detainee, initiated this action on July 7. 2025. (ECF No. 1.) On October 30, 2025, the court ordered plaintiff to file a motion to proceed in forma pauperis or pay the court costs consisting of the filing fee and administrative fee to proceed with this case. (ECF No. 4.) The Clerk of the Court provided plaintiff with a copy of the appropriate form. (See id.) Plaintiff was cautioned "failure to comply with this order will result in a recommendation that this action be dismissed[.]" (Id. at 2.) Plaintiff has not paid the court costs or otherwise responded to the court's order.

In order to commence an action, a plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure and must either pay the court costs for a civil action or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court may authorize the commencement of an action "without prepayment of fees or security

1

therefor" by an individual who submits an affidavit evidencing an inability to pay such fees or give security therefor. 28 U.S.C. § 1915(a). Plaintiff has failed to comply with the court's order to submit an application to proceed in forma pauperis on the form used by this court.

A district court may impose sanctions, including involuntary dismissal of a plaintiff's case pursuant to Federal Rule of Civil Procedure 41(b), where that plaintiff fails to comply with the court's orders, the Federal Rules of Civil Procedure, or the court's local rules. See Chambers v. NASCO, Inc., 501 U.S. 32, 44 (1991); Hells Canyon Preservation Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005); Local Rule 183(a). Because plaintiff has not properly commenced this action and has failed to comply with the court's order to submit an application to proceed in forma pauperis or pay the court costs, the case should be dismissed without prejudice at this time.

For the reasons set forth above, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

In addition, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 22, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 carr1900.fifp.fr

2